Form expadm (08/2016)

**UNITED STATES BANKRUPTCY COURT**

Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

In Re:
    Heidi Rae Conway

    Debtor(s).

Case Number: 18−41359−BDL
Chapter: 7

**EXPENSES OF ADMINISTRATION**

The following is an itemization of administrative costs to be paid from the estate of the above referenced case pursuant to 28 USDC Sec. 1930. **Please remit your check payble to <u>Clerk, U.S. Bankruptcy Court</u> in the amount of  $ and return a copy of this letter with your check.** If you or your attorney charge additional costs to the above mentioned estate you will receive a subsequent billing.

| | | |
|---|---|---|
| Notices | XNTC−Before 1/1/1998 | $ |
| Photocopies | XCOP | $ |
| Certifications | XCRT−Before 2/1/2001 | $ |
| | OCER−After 2/1/2001 | $ |
| | CERT−After 11/1/2011 | $ |
| Complaints | AP−Before 9/20/2005 | $ |
| | OADV−After 9/20/2005 | $ |
| | OAP−After 11/1/2011 | $ |
| | ADV−After 6/1/2014 | $ 350.00 For AP #18−04054 |
| Reopenings | RO7 | $ |
| Exemplifications | EXEM | $ |
| Conversion Fees | CV | $ |
| Appeals | APE | $ |
| Cross Appeals | CAPE | $ |
| Direct Appeals and Direct Cross Appeals | DAPE | $ |
| Digital Recording | DR | $ |
| Chaper 7 Filing Fee | I7 | $ |
| Chaper 11 Filing Fee | I11 | $ |
| Chaper 13 Filing Fee | I13 | $ |

Dated: September 5, 2018

                                         Mark L. Hatcher
                                         Clerk of the Bankruptcy Court