# Notice Recipients

District/Off: 0981−3    User: deborahs    Date Created: 9/5/2018
Case: 18−41359−BDL    Form ID: expadm    Total: 1

**Recipients of Notice of Electronic Filing:**
tr          Kathryn A Ellis          kae@seanet.com

TOTAL: 1