|  |  |
|---|---|
| The Honorable: | Brian D. Lynch |
| Chapter 7 |  |
| Location: | Tacoma |
| Hearing Date: | / / |
| Hearing Time: |  |
| Response Date: | / / |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re: CONWAY, HEIDI RAE § Case No. 18-41359-BDL
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 18, 2018. The undersigned trustee was appointed on April 18, 2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of       $     1,682.33

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 30.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $     1,652.33 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/14/2018 and the deadline for filing governmental claims was 09/14/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $420.58. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $420.58, for a total compensation of $420.58.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $65.00, for total expenses of $65.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/17/2018        By: /s/Kathryn A. Ellis
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-41359-BDL  
**Case Name:** CONWAY, HEIDI RAE  

**Trustee:** (670270) Kathryn A. Ellis  
**Filed (f) or Converted (c):** 04/18/18 (f)  
**§341(a) Meeting Date:** 05/15/18  

**Period Ending:** 09/17/18  

**Claims Bar Date:** 09/14/18  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | residence | 278,708.00 | 0.00 | | 0.00 | FA |
| 2 | 2017 Volkswagen Jetta | 17,500.00 | 0.00 | | 0.00 | FA |
| 3 | misc. household goods and furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | 2 printers, file cabinet, shredder | 500.00 | 0.00 | | 0.00 | FA |
| 5 | electronics | 750.00 | 0.00 | | 0.00 | FA |
| 6 | quarter collection, Emmit Kelly clowns | 600.00 | 60.00 | | 0.00 | FA |
| 7 | instruments, sporting goods, piano | 1,000.00 | 100.00 | | 0.00 | FA |
| 8 | firearms | 300.00 | 30.00 | | 0.00 | FA |
| 9 | clothing | 500.00 | 0.00 | | 0.00 | FA |
| 10 | jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | 2 dogs | 500.00 | 200.00 | | 0.00 | FA |
| 12 | massager, 2 refridgerators, freezer, smoker | 360.00 | 0.00 | | 0.00 | FA |
| 13 | Great NW FCU ****8408 | 661.27 | 161.27 | | 0.00 | FA |
| 14 | term life insurance policy | 0.00 | 0.00 | | 0.00 | FA |
| 15 | 10 chickens | 50.00 | 50.00 | | 0.00 | FA |
| 16 | small family garden | 0.00 | 0.00 | | 0.00 | FA |
| 17 | fishing poles and crab pots | 600.00 | 110.00 | | 0.00 | FA |
| 18 | chicken fees, dog food, weed killer | 50.00 | 50.00 | | 0.00 | FA |
| 19 | avoidance claim | 1,682.33 | 1,682.33 | | 1,682.33 | FA |
| 19 | Assets Totals (Excluding unknown values) | **$306,761.60** | **$2,443.60** | | **$1,682.33** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   **Current Projected Date Of Final Report (TFR):**

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 18-41359-BDL  
**Case Name:** CONWAY, HEIDI RAE  

**Taxpayer ID #:** **-***7250  
**Period Ending:** 09/17/18  

**Trustee:** Kathryn A. Ellis (670270)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3266 - Checking Account  
**Blanket Bond:** $78,753,461.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/11/18 | {19} | Great Northwest Federal Credit Union | creditor's disgorgement of preferential transfer | 1141-000 | 1,682.33 | | 1,682.33 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,672.33 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,662.33 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,652.33 |
| | | | **ACCOUNT TOTALS** | | 1,682.33 | 30.00 | **$1,652.33** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 1,682.33 | 30.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,682.33** | **$30.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3266** | 1,682.33 | 30.00 | 1,652.33 |
| | **$1,682.33** | **$30.00** | **$1,652.33** |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** September 14, 2018

**Case Number:** 18-41359-BDL  
**Debtor Name:** CONWAY, HEIDI RAE

Page: 1

**Date:** September 17, 2018  
**Time:** 11:04:43 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Kathryn A. Ellis<br>5506 6th Ave S<br>Suite 207<br>Seattle, WA 98108 | Admin Ch. 7 | | $420.58 | $0.00 | 420.58 |
| 200 | Clerk of the Court<br>US Bankruptcy Court<br>1717 Pacific Ave<br>Tacoma, WA 98402 | Admin Ch. 7 | | $350.00 | $0.00 | 350.00 |
| 200 | Kathryn A. Ellis<br>5506 6th Ave S<br>Suite 207<br>Seattle, WA 98108 | Admin Ch. 7 | | $65.00 | $0.00 | 65.00 |
| NOTFILED 100 | Discover Financial<br>Po Box 3025<br>New Albany, OH 43054 | Secured | 0608 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Santander Consumer, USA<br>PO Box 961245<br>Fort Worth, TX 76161-1245 | Secured | 6037 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Wells Fargo Hm Mortgag<br>PO Box 10335<br>Des Moines, IA 50306 | Secured | 2909 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Worlds Foremost Bank N<br>Attn: Bankruptcy<br>4800 Nw 1st St<br>Lincoln, NE 68521 | Secured | 0708 | $0.00 | $0.00 | 0.00 |
| 1 610 | Discover Bank Discover Products Inc.<br>PO box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $2,909.74 | $0.00 | 2,909.74 |
| 2 610 | OneMain<br>PO Box 3251<br>Evansville, IN 47731-3251 | Unsecured | 1449 | $5,632.56 | $0.00 | 5,632.56 |
| 3 610 | Comenity Capital Bank/Paypal Credit<br>c/o Weinstein & Riley PS<br>PO Box 3978<br>Seattle, WA 98124-3978 | Unsecured | 7711 | $400.04 | $0.00 | 400.04 |
| 4 610 | US Cellular<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | 6919 | $2,339.11 | $0.00 | 2,339.11 |
| 5 610 | Richard Bomhoff Jr.<br>2110 California Ave SW, Unit B<br>West Seattle, WA 98116 | Unsecured | | $21,666.09 | $0.00 | 21,666.09 |
| 6 610 | Richard Bomhoff Jr.<br>33506 Canaan Rd<br>Deer Island, OR 97054-9714 | Unsecured | - claim withdrawn by creditor | $0.00 | $0.00 | 0.00 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** September 14, 2018

**Case Number:** 18-41359-BDL  
**Debtor Name:** CONWAY, HEIDI RAE

Page: 2

**Date:** September 17, 2018  
**Time:** 11:04:43 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 / 610 | Richard Bomhoff Jr. 33506 Canaan Rd Deer Island, OR 97054-9714 | Unsecured | - claim withdrawn by creditor | $0.00 | $0.00 | 0.00 |
| 8 / 610 | Capital One Bank (USA) NA - Cabela's Club Visa PO Box 82609 Lincoln, NE 68501-2609 | Unsecured | | $2,813.67 | $0.00 | 2,813.67 |
| 9 / 610 | Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701 | Unsecured | 3773 | $1,803.43 | $0.00 | 1,803.43 |
| NOTFILED / 610 | Caine & Weiner Attn: Bankruptcy 21210 Erwin St Woodland Hills, CA 91367 | Unsecured | 9081 | $0.00 | $0.00 | 0.00 |
| NOTFILED / 610 | Capital One Attn: Bankruptcy Po Box 30253 Salt Lake City, UT 84130 | Unsecured | 3773 | $0.00 | $0.00 | 0.00 |
| NOTFILED / 610 | Chase Card Services Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 | Unsecured | 6000 | $0.00 | $0.00 | 0.00 |
| NOTFILED / 610 | Chase Card Services Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 | Unsecured | 6618 | $0.00 | $0.00 | 0.00 |
| NOTFILED / 610 | Credit One Bank Attn: Bankruptcy Po Box 98873 Las Vegas, NV 89193 | Unsecured | 8726 | $0.00 | $0.00 | 0.00 |
| NOTFILED / 610 | Elan Financial Service Po Box 108 Saint Louis, MO 63166 | Unsecured | 7276 | $0.00 | $0.00 | 0.00 |
| NOTFILED / 610 | ERC/Enhanced Recovery Corp Attn: Bankruptcy 8014 Bayberry Rd Jacksonville, FL 32256 | Unsecured | 4734 | $0.00 | $0.00 | 0.00 |
| NOTFILED / 610 | Grimm Coll 1677 S 2nd Ave Sw Tumwater, WA 98512 | Unsecured | 7813 | $0.00 | $0.00 | 0.00 |
| NOTFILED / 610 | OneMain Attn: Bankruptcy 601 Nw 2nd St Evansville, IN 47708 | Unsecured | 2180 | $0.00 | $0.00 | 0.00 |

# EXHIBIT A
# ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** September 14, 2018

**Case Number:** 18-41359-BDL  
**Debtor Name:** CONWAY, HEIDI RAE

Page: 3

**Date:** September 17, 2018  
**Time:** 11:04:43 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Progressive Insurance<br>6300 Wilson Mills Rd.<br>Mayfield Village, OH 44143 | Unsecured | 0668 | $0.00 | $0.00 | 0.00 |
| << Totals >> | | | | 38,400.22 | 0.00 | 38,400.22 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-41359-BDL
Case Name: CONWAY, HEIDI RAE
Trustee Name: Kathryn A. Ellis

**Balance on hand:** $ 1,652.33

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 1,652.33

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Kathryn A. Ellis | 420.58 | 0.00 | 420.58 |
| Trustee, Expenses - Kathryn A. Ellis | 65.00 | 0.00 | 65.00 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |

Total to be paid for chapter 7 administration expenses: $ 835.58
Remaining balance: $ 816.75

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 816.75

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 816.75 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 37,564.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc. | 2,909.74 | 0.00 | 63.27 |
| 2 | OneMain | 5,632.56 | 0.00 | 122.46 |
| 3 | Comenity Capital Bank/Paypal Credit | 400.04 | 0.00 | 8.70 |
| 4 | US Cellular | 2,339.11 | 0.00 | 50.86 |
| 5 | Richard Bomhoff Jr. | 21,666.09 | 0.00 | 471.07 |
| 6 | Richard Bomhoff Jr. | 0.00 | 0.00 | 0.00 |
| 7 | Richard Bomhoff Jr. | 0.00 | 0.00 | 0.00 |
| 8 | Capital One Bank (USA) NA - Cabela's Club Visa | 2,813.67 | 0.00 | 61.18 |
| 9 | Becket and Lee LLP | 1,803.43 | 0.00 | 39.21 |

|  | Total to be paid for timely general unsecured claims: | $ | 816.75 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | None |  |  |  |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00

Remaining balance: **$** 0.00

**UST Form 101-7-TFR (05/1/2011)**