|                    | The Honorable: | Brian D. Lynch |
|---|---|---|
|                    | Chapter 7 |  |
|                    | Location: | Tacoma |
|                    | Hearing Date: |  |
|                    | Hearing Time: |  |
|                    | Response Date: |  |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re: CONWAY, HEIDI RAE § Case No. 18-41359
§
§
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Kathryn A. Ellis, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| Assets Abandoned: $305,079.27 | Assets Exempt: $136,360.00 |
|---|---|
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $816.75 | Claims Discharged Without Payment: $55,451.23 |
| Total Expenses of Administration: $865.58 | |

3) Total gross receipts of $1,682.33 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,682.33 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $233,729.99 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $865.58 | $865.58 | $865.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $28,750.36 | $37,564.64 | $37,564.64 | $816.75 |
| **TOTAL DISBURSEMENTS** | $262,480.35 | $38,430.22 | $38,430.22 | $1,682.33 |

4) This case was originally filed under chapter 7 on 04/18/2018. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/21/2019

By: /s/ Kathryn A. Ellis
Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| avoidance claim | 1141-000 | $1,682.33 |
| **TOTAL GROSS RECEIPTS** | | **$1,682.33** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Discover Financial | 4110-000 | $4,566.29 | NA | NA | NA |
| N/F | Santander Consumer, USA | 4110-000 | $21,840.68 | NA | NA | NA |
| N/F | Wells Fargo Hm Mortgag | 4110-000 | $203,468.41 | NA | NA | NA |
| N/F | Worlds Foremost Bank N | 4110-000 | $3,854.61 | NA | NA | NA |
| | **TOTAL SECURED** | | **$233,729.99** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Kathryn A. Ellis | 2100-000 | NA | $420.58 | $420.58 | $420.58 |
| Trustee, Expenses - Kathryn A. Ellis | 2200-000 | NA | $65.00 | $65.00 | $65.00 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $30.00 | $30.00 | $30.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $865.58 | $865.58 | $865.58 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc. | 7100-000 | $0.00 | $2,909.74 | $2,909.74 | $63.27 |
| 2 | OneMain | 7100-000 | $5,327.00 | $5,632.56 | $5,632.56 | $122.46 |
| 3 | Comenity Capital Bank/Paypal Credit | 7100-000 | $658.91 | $400.04 | $400.04 | $8.70 |
| 4 | US Cellular | 7100-000 | $2,258.11 | $2,339.11 | $2,339.11 | $50.86 |
| 5 | Richard Bomhoff Jr. | 7100-000 | $0.00 | $21,666.09 | $21,666.09 | $471.07 |
| 6 | Richard Bomhoff Jr. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | Richard Bomhoff Jr. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | Capital One Bank (USA) NA - Cabela's Club Visa | 7100-000 | $0.00 | $2,813.67 | $2,813.67 | $61.18 |
| 9 | Becket and Lee LLP | 7100-000 | $1,803.00 | $1,803.43 | $1,803.43 | $39.21 |
| N/F | Caine & Weiner | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $1,733.25 | NA | NA | NA |
| N/F | Chase Card Services | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chase Card Services | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Credit One Bank | 7100-000 | $0.00 | NA | NA | NA |
| N/F | ERC/Enhanced Recovery Corp | 7100-000 | $165.00 | NA | NA | NA |
| N/F | Elan Financial Service | 7100-000 | $2,660.00 | NA | NA | NA |
| N/F | Grimm Coll | 7100-000 | $3,378.00 | NA | NA | NA |
| N/F | OneMain | 7100-000 | $10,444.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Progressive Insurance | 7100-000 | $323.09 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$28,750.36** | **$37,564.64** | **$37,564.64** | **$816.75** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 18-41359
Case Name: CONWAY, HEIDI RAE

For Period Ending: 02/21/2019

Trustee Name: (670270) Kathryn A. Ellis
Date Filed (f) or Converted (c): 04/18/2018 (f)
§ 341(a) Meeting Date: 05/15/2018
Claims Bar Date: 09/14/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | residence | 278,708.00 | 0.00 | | 0.00 | FA |
| 2 | 2017 Volkswagen Jetta | 17,500.00 | 0.00 | | 0.00 | FA |
| 3 | misc. household goods and furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | 2 printers, file cabinet, shredder | 500.00 | 0.00 | | 0.00 | FA |
| 5 | electronics | 750.00 | 0.00 | | 0.00 | FA |
| 6 | quarter collection, Emmit Kelly clowns | 600.00 | 60.00 | | 0.00 | FA |
| 7 | instruments, sporting goods, piano | 1,000.00 | 100.00 | | 0.00 | FA |
| 8 | firearms | 300.00 | 30.00 | | 0.00 | FA |
| 9 | clothing | 500.00 | 0.00 | | 0.00 | FA |
| 10 | jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | 2 dogs | 500.00 | 200.00 | | 0.00 | FA |
| 12 | massager, 2 refridgerators, freezer, smoker | 360.00 | 0.00 | | 0.00 | FA |
| 13 | Great NW FCU ****8408 | 661.27 | 161.27 | | 0.00 | FA |
| 14 | term life insurance policy | 0.00 | 0.00 | | 0.00 | FA |
| 15 | 10 chickens | 50.00 | 50.00 | | 0.00 | FA |
| 16 | small family garden | 0.00 | 0.00 | | 0.00 | FA |
| 17 | fishing poles and crab pots | 600.00 | 110.00 | | 0.00 | FA |
| 18 | chicken fees, dog food, weed killer | 50.00 | 50.00 | | 0.00 | FA |
| 19 | avoidance claim | 1,682.33 | 1,682.33 | | 1,682.33 | FA |
| **19** | **Assets Totals (Excluding unknown values)** | **$306,761.60** | **$2,443.60** | | **$1,682.33** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**          **Current Projected Date Of Final Report (TFR):** 10/31/2018 (Actual)

UST Form 101-7-TDR (10/1/2010)
Case 18-41359-BDL    Doc 26    Filed 03/07/19    Ent. 03/07/19 13:44:25    Pg. 7 of 10

# Form 2
# Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 18-41359 | Trustee Name: | Kathryn A. Ellis (670270) |
|---|---|---|---|
| Case Name: | CONWAY, HEIDI RAE | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7250 | Account #: | ******3266 Checking Account |
| For Period Ending: | 02/21/2019 | Blanket Bond (per case limit): | $78,753,461.00 |
| | | Separate Bond (if applicable): | N/A |

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Deposit $ | 6<br>Disbursement $ | 7<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/11/18 | {19} | Great Northwest Federal Credit Union | creditor's disgorgement of preferential transfer | 1141-000 | 1,682.33 | | 1,682.33 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,672.33 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,662.33 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,652.33 |
| 11/30/18 | 101 | Kathryn A. Ellis | Combined trustee compensation & expense dividend payments. | | | 485.58 | 1,166.75 |
| | | | Claims Distribution - Mon, 09-17-2018<br>$420.58 | 2100-000 | | | 1,166.75 |
| | | | Claims Distribution - Mon, 09-17-2018<br>$65.00 | 2200-000 | | | 1,166.75 |
| 11/30/18 | 102 | Clerk of the Court | Distribution payment - Dividend paid at 100.00% of $350.00; Claim # ; Filed: $350.00 | 2700-000 | | 350.00 | 816.75 |
| 11/30/18 | 103 | Discover Bank Discover Products Inc. | Distribution payment - Dividend paid at 2.17% of $2,909.74; Claim # 1; Filed: $2,909.74 | 7100-000 | | 63.27 | 753.48 |
| 11/30/18 | 104 | OneMain | Distribution payment - Dividend paid at 2.17% of $5,632.56; Claim # 2; Filed: $5,632.56 | 7100-000 | | 122.46 | 631.02 |
| 11/30/18 | 105 | Comenity Capital Bank/Paypal Credit | Distribution payment - Dividend paid at 2.17% of $400.04; Claim # 3; Filed: $400.04 | 7100-000 | | 8.70 | 622.32 |
| 11/30/18 | 106 | US Cellular | Distribution payment - Dividend paid at 2.17% of $2,339.11; Claim # 4; Filed: $2,339.11 | 7100-000 | | 50.86 | 571.46 |
| 11/30/18 | 107 | Richard Bomhoff Jr. | Distribution payment - Dividend paid at 2.17% of $21,666.09; Claim # 5; Filed: $21,666.09 | 7100-000 | | 471.07 | 100.39 |
| 11/30/18 | 108 | Capital One Bank (USA) NA - Cabela's Club Visa | Distribution payment - Dividend paid at 2.17% of $2,813.67; Claim # 8; Filed: $2,813.67 | 7100-000 | | 61.18 | 39.21 |
| 11/30/18 | 109 | Becket and Lee LLP | Distribution payment - Dividend paid at 2.17% of $1,803.43; Claim # 9; Filed: $1,803.43 | 7100-000 | | 39.21 | 0.00 |

**Page Subtotals:** **$1,682.33** **$1,682.33**

{ } Asset Reference(s)  UST Form 101-7-TDR ( 10/1/2010)  ! - transaction has not been cleared

Exhibit 9
Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** 18-41359 | **Trustee Name:** | Kathryn A. Ellis (670270) |
| **Case Name:** CONWAY, HEIDI RAE | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** **-***7250 | **Account #:** | ******3266 Checking Account |
| **For Period Ending:** 02/21/2019 | **Blanket Bond (per case limit):** | $78,753,461.00 |
| | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 1,682.33 | 1,682.33 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 1,682.33 | 1,682.33 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$1,682.33** | **$1,682.33** | |

Exhibit 9
Page: 3

# Form 2
# Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 18-41359 | **Trustee Name:** | Kathryn A. Ellis (670270) | |
| **Case Name:** | CONWAY, HEIDI RAE | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***7250 | **Account #:** | ******3266 Checking Account | |
| **For Period Ending:** | 02/21/2019 | **Blanket Bond (per case limit):** | $78,753,461.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3266 Checking Account | $1,682.33 | $1,682.33 | $0.00 |
| | **$1,682.33** | **$1,682.33** | **$0.00** |